[Cite as *State v. Duff*, **2015-Ohio-3748.**]

IN THE COURT OF APPEALS FOR LICKING COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO | : | |
| | : | |
| Plaintiff-Appellee | : | |
| | : | JUDGMENT ENTRY |
| -vs- | : | |
| | : | |
| JAMES DUFF | : | CASE NO. 15-CA-23 |
| | : | |
| Defendant-Appellant | : | **FILED:  9/14/15** |

This matter is before this Court upon a concession of error filed by appellee, the State of Ohio.

Appellant filed an appeal and assigned one error: "The trial court erred in accepting Appellant's guilty plea to the offense of speeding by not fully complying with Ohio Traffic Rule 8(D)."

Appellee concedes that the assignment of error should be sustained, stating "[a]fter reviewing the case law, documentation and a video of the arraignment, the colloquy between the Defendant and Judge was insufficient to comply with Traffic Rule 8(D)".

Based upon appellee's concession, we hereby grant the assignment of error, reverse the trial court's judgment, and remand the matter to the trial court for further proceedings.

Costs taxed to appellee.

SO ORDERED.

_____
HON. JOHN W. WISE


_____
HON. WILLIAM B. HOFFMAN


_____
HON. SHEILA G. FARMER